**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANDRE HARRIS,
ADC # 144001**                                                                                  **PLAINTIFF**

V.                              No. 5:14CV00012-JLH-BD

**DOES**                                                                                              **DEFENDANTS**

**ORDER**

Plaintiff Andre Harris filed this action on January 13, 2014, while an inmate at the Arkansas Department of Correction, Grimes Unit.  The only defendants are unidentified "Internal Affairs Examiners, C.V.S.A."  By Order of January 14, 2014, Harris was notified that all defendants would have to be identified and served with the complaint and summonses within 120 days of the filing of a complaint.  (Docket entry #3)  The Court also warned that it could dismiss the complaint if Harris did not comply.  See LOCAL RULE 5.5(c)(2).

Several months have passed since the Court ordered Harris to identify and serve the defendants.  Harris has not responded to the Order or requested additional time, and the 120-day time limit to serve defendants expired on May 14, 2014.

The complaint is dismissed, without prejudice, for failure to prosecute, this 25th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE