IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE HARRIS,
ADC # 144001                                                                                      PLAINTIFF

V.                                   No. 5:14CV00012-JLH-BD

DOES                                                                                             DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE